No. 805. The United States, Petitioner, *v.* A. Gero Marshall.    October 21, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the petitioner. *Mr. John M. Coleman* for the respondent.

No. 808. Dunlevy & Brother Company, Petitioner, *v.* Elizabeth Forrest.    October 21, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Harry J. Nesbit* for the petitioner. *Mr. H. Fred Mercer* for the respondent.

No. 716. I. D. Block et al., Petitioners, *v.* The City of Meridian.    October 28, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. Q. Hall* and *Mr. Joseph Hirsh* for the petitioners. *Mr. William H. Ambrecht* for the respondent.

No. 768. The Mahoning Valley Railway Co., Petitioner, *v.* Belinda O'Hara.    October 28, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George F. Arrel* for the petitioner. *Mr. Charles Koonce, Jr.*, for the respondent.

No. 813. American Fidelity Co., Petitioner, *v.* S. H. Velie, doing Business as Velie Motor Company.

October 28, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joseph S. Brooks* and *Mr. Louis C. Boyle* for the petitioner. *Mr. Henry de L. Ashley* for the respondent.

---

No. 825. DETROIT STEEL COOPERAGE CO., PETITIONER, *v.* SISTERSVILLE BREWING CO. ET AL. November 4, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. George M. Hoffheimer, Mr. O. B. Taylor* and *Mr. Charles M. Kimball* for the petitioner. No appearance for the respondent.

---

No. 814. THE REPUBLIC RUBBER CO., PETITIONER, *v.* MORGAN & WRIGHT. November 4, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Marshall A. Christy* for the petitioner. *Mr. Antonio Knauth* for the respondents.

---

No. 832. THE MONONGAHELA RIVER CONSOLIDATED COAL & COKE COMPANY ET AL., PETITIONERS, *v.* MRS. BESSIE SCHINNERRER; and No. 833. MONONGAHELA RIVER CONSOLIDATED COAL & COKE CO. ET AL., PETITIONERS, *v.* MRS. EMMA HURST. November 4, 1912. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank S. Masten, Mr. Charles M. Johnson, Mr. R. P. Cary* and *Mr. Charles H. Stephens* for the petitioners. *Mr. F. Zimmerman* for the respondents.